AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 3 2016

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Jose Alejandro Rodriguez-Pineda

## CRIMINAL COMPLAINT

Case Number:    M-16-1642-M

IAE    YOB:    1959
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 2, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Alejandro Rodriguez-Pineda was encountered by Border Patrol Agents near Hidalgo, Texas on September 02, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 27, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 24, 2013, through Dallas, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 24, 2013 the defendant was convicted of Three (3) Counts Of Aggravated Assault Date/Family/House With A Weapon and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

*Signature of Complainant*
Julio Pena                                    Senior Patrol Agent

Sworn to before me and subscribed in my presence,
September 03, 2016

Peter E. Ormsby                  , U.S. Magistrate Judge
Name and Title of Judicial Officer                   Signature of Judicial Officer